Jianguan CHEN, Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 15-2501

United States Court of Appeals,
Fourth Circuit.

Submitted: July 13, 2016

Decided: August 9, 2016

Gary J. Yerman, New York, New York,
for Petitioner. Benjamin C. Mizer, Principal Deputy Assistant Attorney General,
Daniel E. Goldman, Senior Litigation
Counsel, Ashley Martin, Office of Immigration Litigation, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Before NIEMEYER, WYNN, and
FLOYD, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jianguan Chen, a native and citizen of
the People's Republic of China, petitions
for review of an order of the Board of
Immigration Appeals (Board) dismissing
his appeal from the immigration judge's
denial of his requests for asylum, withholding of removal, and protection under the
Convention Against Torture. We have
thoroughly reviewed the record, including
the transcript of Chen's merits hearing
and all supporting evidence. We conclude
that the record evidence does not compel a
ruling contrary to any of the administrative factual findings, see 8 U.S.C.
§ 1252(b)(4)(B) (2012), and that substantial
evidence supports the Board's decision.
See INS v. Elias–Zacarias, 502 U.S. 478,
481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992).

Accordingly, we deny the petition for
review for the reasons stated by the
Board. See In re Chen (B.I.A. Nov. 9,
2015). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before this court and argument would not aid
the decisional process.

PETITION DENIED